United States Courts Southern
District of Texas
FILED

APR 27 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| LEONARDO BARROSO | § § | |

INDICTMENT C-22- 255

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

On or about December 29, 2021, in the Corpus Christi Division of the Southern District of

Texas and within the jurisdiction of the Court, the defendant,

LEONARDO BARROSO,

in connection with the attempted acquisition of a firearm, from EKB Custom Designs Inc.,

Corpus Christi, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18,

United States Code, did knowingly make a false and fictitious written statement to EKB Custom

Designs Inc., which statement was intended and likely to deceive EKB Custom Designs Inc., as

to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under

Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of

Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and

provided the response to question 21(a) by checking the box indicating "Yes" to the following

question:

21(a)   "Are you the actual transferee/buyer of the firearm(s) listed on this form?,"   when

in fact as the defendant then knew, the answer to the question posed in question 21(a) was No.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

On or about February 7, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### LEONARDO BARROSO,

in connection with the attempted acquisition of a firearm, from ACME Tactical, Portland, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to ACME Tactical, which statement was intended and likely to deceive ACME Tactical, as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and provided the response to question 21(a) by checking the box indicating "Yes" to the following question:

21(a)  "Are you the actual transferee/buyer of the firearm(s) listed on this form?," when in fact as the defendant then knew, the answer to the question posed in question 21(a) was No.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE

On or about February 7, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### LEONARDO BARROSO,

Did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit: Social Security number XXX-XX-XX49, during and in relation to the crime charged in Count Two, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A.

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: _Christopher Marin_

CHRISTOPHER MARIN
Assistant United States Attorney